THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB WISSENFELD, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Westchester County, dated August 8, 1961, which denied, without a hearing, his application to vacate a judgment of said court rendered November 10, 1953, on his plea of guilty, convicting him of burglary in the third degree and sentencing him, as a third felony offender, to serve a term of 15 to 20 years. Order affirmed. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY HARRISON, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated June 15, 1961, which dismissed the writ and remanded him to the custody of respondent. Order affirmed, without costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT PANNONE, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. —In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, dated December 5, 1961 and entered December 11, 1961, after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed. The same arguments which are presented by relator in this proceeding were presented by him to the Appellate Division of the First Department on the appeal from the judgment of conviction, and that court passed on the merits of such arguments (*People* v. *Pannone,* 8 A D 2d 608). No reason appears why relator should have the remedy of habeas corpus in addition to the remedy of an appeal from the judgment of conviction (cf. *People ex rel. Kern* v. *Silberglitt,* 4 N Y 2d 59, 62). This court should not be called upon to deal anew with the very questions already passed upon by an appellate court (*People ex rel. Baumgart* v. *Martin,* 9 N Y 2d 351, cert. denied 368 U. S. 962; *People* v. *Walker,* 16 A D 2d 706). Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.